*File No. 55.*

UNITED STATES *versus* GEORGE WOODS.

JOURNAL ENTRIES: (1) May 5, 1831: indictment presented, plea of not guilty, motion for continuance, recognizance; (2) May 6, 1831: motion for continuance granted, recognizance; (3) May 7, 1831: recognizance of witnesses; (4) Dec. 6, 1831: defendant and witness called on recognizance; (5) Dec. 9, 1831: jury trial, verdict of not guilty, defendant discharged.

PAPERS IN FILE (1831): (1) Recognizance; (2) indictment; (3–7) subpoenas.

*File No. 56.*